UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA BAYHI,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | No. 2:16-cv-2273 DB<br><br>ORDER TO SHOW CAUSE |

The Scheduling Order filed in this case on October 3, 2016, required plaintiff to file a motion for summary judgment and/or remand within 45 days from being served with a copy of the administrative record. (ECF No. 5 at 1-2.) Defendant served a copy of the record upon plaintiff on February 2, 2017. (ECF No. 13.) Nonetheless, plaintiff's motion for summary judgment and/or remand is now long overdue.[1]

////

////

////

////

---

[1] Plaintiff has not notified the court of any request for voluntary remand submitted to the Office of the General Counsel.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show good cause in writing, within twenty-one (21) days after this order is filed, for failing to file a timely motion for summary judgment.[2]

Dated: September 11, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.soc sec\bayhi2273.pmsj.osc

---

[2] Plaintiff may comply with this order by filing a motion for summary judgment.