1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CLAUDIA BAYHI,                        No.  2:16-cv-2273 DB

12              Plaintiff,

13        v.                               ORDER

14   NANCY A. BERRYHILL, Acting
     Commissioner of Social Security,
15

16              Defendant.

17

18        The Scheduling Order filed in this case on October 3, 2016, required plaintiff to file a

19   motion for summary judgment and/or remand within 45 days from being served with a copy of

20   the administrative record.  (ECF No. 5 at 1-2.)   Defendant served a copy of the record upon

21   plaintiff on February 2, 2017.  (ECF No. 13.)  After plaintiff failed to file a timely motion for

22   summary judgment and/or remand, on September 12, 2017, the court issued an order to show

23   cause to plaintiff.  (ECF No. 16.)

24        On October 2, 2017, plaintiff filed a response to the order to show cause.  (ECF No. 17.)

25   Therein, plaintiff states that "[t]he reason for the delay in filing [a] motion for summary judgment

26   is a simple one," explaining that plaintiff is "not an attorney," and cannot "afford an attorney at

27   this stage of the case."  (Id. at 2.)  Although the court is cognizant of the difficulties faced by pro

28   se litigants, this action cannot proceed in the absence of plaintiff's motion for summary judgment

                                              1

and/or remand.

Accordingly, IT IS HEREBY ORDERED that:

1.  Within 21 days of the date of this order, plaintiff shall file a motion for summary judgment and/or remand; and

2.  Plaintiff is cautioned that the failure to comply with this order may result in an order dismissing this action.

Dated:  October 3, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\bayhi2273.pmsj.ord