UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA BAYHI,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:16-cv-2273 WBS DB PS<br><br><br>ORDER |

      This social security action was referred to the undersigned pursuant to Local Rule 302(c)(15). On February 28, 2018, the undersigned issued an order and findings and recommendations, recommending that the decision of the Commissioner of Social Security be affirmed and this case be closed. (ECF No. 22.)

      On March 12, 2018, plaintiff filed a request for an extension of time to file objections to the findings and recommendations. (ECF No. 23.) On March 14, 2018, the undersigned issued an order granting plaintiff an extension of time until March 26, 2018, to file any objections. (ECF No. 24.) On March 26, 2018, plaintiff filed another request for an extension of time. (ECF No. 25.) Therein, plaintiff states that the "firm" plaintiff has "been talking with has not yet been able to review [the] transcripts" in this action. (Id.) Good cause appearing, plaintiff's request will be granted.

1

Any additional requests for an extension of time will only be granted in the most exigent of circumstances.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's March 26, 2018 motion for an extension to time (ECF No. 25) is granted; and

2. Plaintiff shall file any objections to the February 28, 2018 findings and recommendations on or before April 26, 2018.[1]

Dated: March 29, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\bayhi2273.eot2.ord

---

[1] Plaintiff is cautioned that no further extension of time will be granted for this purpose.

2